# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 1400 | Suite 3800 |
|---|---|---|
| 1000 Louisiana Street | 1900 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Ari Ruben
Direct Dial (212) 729-2020

E-Mail ARuben@susmangodfrey.com

September 17, 2019

VIA ECF FILING & HAND DELIVERY

Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Joel Vargas v. Zumiez, Inc. et al.*; Civil Action No.: 1:19-cv-02056-AT-JLC

Dear Judge Cott:

The parties have been engaged in meeting and conferring concerning discovery in the above-captioned case and write in response to Your Order, dated August 19th. (Doc. No. 35.) Plaintiff will soon be filing a motion for leave to amend the complaint to add Posty Co. LLC, an LLC controlled by Post Malone. That entity plans to enter a notice of appearance shortly but needs time to confer with its client concerning its availability for a settlement conference.

The parties respectfully request a ten-day extension of Your Honor's deadline from September 17th to September 27th.

Respectfully,

*s/ Ari Ruben*
Ari Ruben
SUSMAN GODFREY L.L.P.

*s/John Crosetto*
GARVEY SCHUBERT BARER, P.C.

September 17, 2019
Page 2


1191 Second Avenue, 18th Floor
Seattle, WA 98101
Jcrosetto@gsblaw.com

*s/Hazel Mae Pangan*
GORDON & REES
SCULLY MANSUKHANI
101 W. Broadway, Suite 2000
San Diego, CA 92101
hpangan@grsm.com