UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOEL VARGAS, an individual,

                 Plaintiff,

    -against-

ZUMIEZ, INC., URBAN OUTFITTERS, INC.,
and AUSTIN POST, d/b/a POSTY CO.,

                 Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8 6 2020

19 **CIVIL** 2056 (AT)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated August 5, 2020, Post's motion to dismiss for failure to serve

process is GRANTED and Zumiez and Urban Outfitters' joint motion to dismiss for failure to

prosecute is GRANTED to the extent that the complaint is DISMISSED without prejudice;

accordingly, this case is closed.

**Dated:** New York, New York

    August 6, 2020

                       **RUBY J. KRAJICK**
                       _____
                       **Clerk of Court**
    **BY:**
                       **Deputy Clerk**